JS 6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PHYLLIS FRANKE, individually, and on behalf of other members of the general public similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>ANDERSON MERCHANDISERS LLC, an unknown business entity and DOES 1 through 100, inclusive,<br><br>Defendant. | Case No. 2:17-cv-03241 DSF (AFMx)<br><br>**ORDER APPROVING SETTLEMENT AGREEMENT AND RELEASE AND DISMISSING PLAINTIFF'S INDIVIDUAL CLAIMS WITH PREJUDICE AND THE CLAIMS OF PUTATIVE CLASS MEMBERS WITHOUT PREJUDICE** |

The Court has received the parties' Joint Stipulation Requesting Approval of Settlement Agreement and Release and, Upon Approval, Jointly Stipulating to Dismissal of Plaintiff's Individuals Claims with Prejudice and the Claims of Putative Class Members Without Prejudice ("Joint Stipulation"). The Settlement Agreement and Release concerns Plaintiff's potential claims under the Fair Labor Standards Act ("FLSA"), 29 U.S.C § 201, et seq., based on Defendant's alleged failure to properly pay Plaintiff for overtime hours worked in excess of forty hours per week and minimum wages.

The Court acknowledges that this Order is a judicial approval of a reasonable compromise, not a finding, conclusion, or reflection of any admission of a violation of the FLSA, willful, intentional, or otherwise. The Court has reviewed the parties' Joint Stipulation and Settlement Agreement and Release. The Court is further aware of a substantial exchange of discovery information and extensive settlement negotiation efforts. The Court is of the opinion that there is a *bona fide* dispute over application of the relevant provisions of the FLSA, 29 U.S.C. § 201, et seq., and specifically, whether Plaintiff was properly paid for time allegedly worked in excess of forty hours per week and for minimum wages. In light of these legitimate disputes, the Court is of the opinion that the parties' Settlement Agreement and Release reflects a fair and reasonable resolution of these bona fide disputes. Consequently, and good cause appearing,

**THE COURT ORDERS:**

1. The Settlement Agreement and Release attached as **Exhibit 1** to the Joint Stipulation, settling and resolving all of Plaintiff's FLSA claims, is approved.

2. All dates and deadlines in the above-entitled lawsuit are vacated.

///

///

///

3. Plaintiff's individual claims in the Third Amended Complaint are DISMISSED <u>with prejudice</u> and the claims of putative class members in the Third Amended Complaint are DISMISSED <u>without prejudice</u>.

Dated: 5/14/18

*[signature: Dale S. Fischer]*

UNITED STATES DISTRICT JUDGE